# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE    :   NO. 514
MAGISTERIAL DISTRICTS WITHIN THE   :
47th JUDICIAL DISTRICT OF THE      :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of September 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 47th Judicial District (Cambria County) of the Commonwealth of Pennsylvania, it is hereby **ORDERED AND DECREED** that the Petition, which provides for the reestablishment of the Magisterial Districts within Cambria County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 47-1-01<br>VACANT | City of Cambria<br>City of Johnstown (Wards 1-4, 9-16, 18-21)<br>Conemaugh Township |
| Magisterial District 47-1-02<br>Magisterial District Judge Susan Gindlesperger | Ferndale Borough<br>Geistown Borough<br>Scalp Level Borough<br>Southmont Borough<br>Westmont Borough<br>Richland Township (Wards 1, 2, 4-6, 9-11)<br>Stonycreek Township<br>Upper Yoder Township |
| Magisterial District 47-1-03<br>Magisterial District Judge Kevin Price | Daisytown Borough<br>Dale Borough<br>City of Johnstown (Wards 5-8, 17)<br>Lorain Borough |

| | |
|---|---|
| Magisterial District 47-3-01<br>Magisterial District Judge Mary Ann Zanghi | Brownstown Borough<br>East Conemaugh Borough<br>East Taylor Township<br>Franklin Borough<br>Jackson Township<br>Lower Yoder Township<br>Middle Taylor Township<br>Nanty Glo Borough<br>Vintondale Borough<br>West Taylor Township |
| Magisterial District 47-3-03<br>Magisterial District Judge John Prebish, Jr. | Allegheny Township<br>Ashville Borough<br>Cassandra Borough<br>Chest Springs Borough<br>Cresson Borough<br>Cresson Township<br>Gallitzin Borough<br>Gallitzin Township<br>Lilly Borough<br>Loretto Borough<br>Munster Township<br>Portage Borough<br>Portage Township<br>Sankertown Borough<br>Tunnelhill Borough<br>Washington Township |
| Magisterial District 47-3-05<br>Magisterial District Judge Michael Zungali | Barr Township<br>Chest Township<br>Clearfield Township<br>Dean Township<br>Elder Township<br>Hastings Borough<br>Northern Cambria Borough<br>Patton Borough<br>Reade Township<br>Susquehanna Township<br>West Carroll Township<br>White Township |
| Magisterial District 47-3-06<br>Magisterial District Judge Richard Varner | Adams Township<br>Conemaugh Township<br>Croyle Township<br>Ehrenfeld Borough<br>Richland Township (Wards 3, 7, 8) |

South Fork Borough
Summerhill Borough
Summerhill Township
Wilmore Borough

Magisterial District 47-3-07
VACANT

Blacklick Township
Cambria Township
Carrolltown Borough
East Carroll Township
Ebensburg Borough